PETROLINO, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Antonio Petrolino against

the Buffalo, Lockport & Rochester Railway Company. No opinion. Motion for leave to appeal to Court of Appeals (from 142 N. Y. Supp. 1140) denied, with $10 costs.